

Christopher H. Lowe - Partner

630 Third Avenue, Fifth Floor
New York, New York 10017
Main:  212.392.4772
Direct:  212.764.7171
Fax:  212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

July 11, 2019

<u>VIA ECF</u>
The Honorable Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  <u>Olsen v. Boglioli Retail Corp.</u>
      <u>Case No. 19-cv-01110 (JBW)(PK)</u>   

Dear Magistrate Judge Kuo:

  We represent Plaintiff Thomas Olsen and write to advise the Court that the parties have reached an agreement in principle to amicably resolve the above-referenced matter.  We expect to finalize the settlement agreement and file a Voluntary Notice of Dismissal with Prejudice within the next thirty (30) days.  Accordingly, we respectfully request an adjournment, *sine die,* of all case deadlines including Defendant's time to Answer, currently July 17, 2019.

  This is the first request for an adjournment of all case deadlines.

  Defendant consents to this request.

             Respectfully submitted,
             LIPSKY LOWE LLP


             <u>s/ Christopher H. Lowe</u>
             Christopher H. Lowe

CC:  Defendant's Counsel (via ECF)

*[Handwritten notation: close the case / all case deadlines are lifted. Case may be reopened by letter if settlement is not consummated. So ordered / Jack B. Weinstein 7/19/19]*