UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  SEP 1 2 2019  ★

BROOKLYN OFFICE

| | |
|---|---|
| THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>BOGLIOLI RETAIL CORP,<br><br>   Defendant. | ECF CASE<br><br>No.: 1:19-cv-01110 (JBW) (PK) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to

dismiss this action with prejudice, resolving all matters in dispute having been made and

each party to bear its own fees and costs.

Dated: August 30, 2019
New York, New York

Christopher H. Lowe
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
chris@lipskylowe.com
(212) 392-4772
*Attorneys for Plaintiff*

Dated: August 20 2019
New York, New York

William K. Li
William K. Li Law PLLC
200 Park Avenue, Suite 1700
New York, NY 10166
wli@wlilaw.com
(212) 380-8198
·*Attorneys for Defendant*

close the case
So ordered
Jack B Weinstein
9/6/19